IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
CIVIL ACTION NO.: 5:14-cv-00818-FL

| | |
|---|---|
| JENNIFER CUTLIP, BARBARA COLEMAN, JENNIFER FABIAN, VERNELL JONES, SALLIE THOMAS, PEGGY LINEBARGER, DEBORAH TOWNSEND, CARRA MURDOC,, KATHRYN THOMPSON, M ARY WILLIAMS, ALISSA MCCGUIRE, MARGARET PRATT, WENDY DITTMAN, STEPHANIE STONE, MARTHA ELLIS, CATHERINE CARLTON, SHARON BACH, AND BERNICE PENN, <br><br>Plaintiffs, <br><br>v. <br><br>ETHICON, INC.; JOHNSON & JOHNSON,AMERICAN MEDICAL SYSTEMS, INC.; C.R. BARD, INC.; TISSUE SCIENCE LABORATORIES LIMITED; SOFRADIM PRODUCTION SAS; BOSTON SCIENTIFIC CORPORATION; COLOPLAST CORPORATION; MENTOR WORLDWIDE, LLC, CALDERA MEDICAL, INC.; COVIDIEN, PLC; COVIDIEN LP; COVIDIEN, INC.; and JOHN DOES 1-20, <br><br>Defendants. | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court, with the consent and approval of the Plaintiffs and moving Defendants, to dismiss the captioned Plaintiffs' claims for lack of jurisdiction. For reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' claims are hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Date: December 15, 2014        Signed: *Louis W. Flanagan*
                                       United States District Judge